**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2019**

AFSHIN BAHRAMPOUR,

Plaintiff - Appellant,

v.

DIGITAL RECEIVER TECHNOLOGIES, INC., D.R.I, Inc.; BOEING CORPORATION; STATE OF NEVADA; STATE OF MARYLAND; DEFENSE INFORMATION SYSTEMS AGENCY, agent of D.I.S.A.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge. (1:18-cv-02308-PX)

Submitted:  January 22, 2019                    Decided:  February 4, 2019

Before FLOYD and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Afshin Bahrampour, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Afshin Bahrampour appeals the district court's order dismissing his civil complaint as frivolous. We have reviewed the record and conclude that the district court did not abuse its discretion in dismissing Bahrampour's complaint as frivolous. *See Nagy v. FMC Butner*, 376 F.3d 252, 254-55 & n.* (4th Cir. 2004) (stating standard of review). Accordingly, we affirm the dismissal. We dispense with oral arguments because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
